**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorney for Plaintiff*

**BRADLEY ARANT BOULT CUMMINGS LLP**
Erin J. Illman (State Bar No. 238262)
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Phone: (704) 338-6026
E-mail: eillman@bradley.com

*Attorney for Defendant*
CENTRAL RESEARCH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MADISON MELENUDO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CENTRAL RESEARCH, INC.,

Defendant.

Case No. 5:26-cv-03340-BLF

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS**

Date: October 15, 2026
Time: 9:00 AM
Place: Courtroom 1, 5th Floor
Judge: Hon. Beth Labson Freeman

Current Response Date: August 3, 2026
New Response Date: August 24, 2026

Current Reply Date: August 10, 2026
New Reply Date: September 24, 2026

Pursuant to Northern District of California Local Rules 6-1 and 6-2, Plaintiff MADISON MELENUDO ("Plaintiff") and Defendant CENTRAL RESEARCH, INC. ("Defendant") (together with Plaintiff, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this case on April 21, 2026 (ECF No. 1);

WHEREAS, Defendant filed a Motion to Dismiss on July 20, 2026 (ECF No. 14);

WHEREAS, Plaintiff's deadline to oppose Defendant's Motion to Dismiss is August 3, 2026, and Defendant's deadline to file its Reply is August 10, 2026;

WHEREAS, due to the complexity of the issues involved in the briefing on the Motion to Dismiss, Plaintiff and Defendant request additional time to file their respective opposition and reply briefs in relation to Defendant's Motion to Dismiss;

WHEREAS, the Parties conferred and agree, subject to Court approval, and are stipulating herein pursuant to L.R. 6-2(a), to a modified briefing schedule: Plaintiff may have until August 24, 2026 to oppose Defendant's Motion to Dismiss and Defendant may have until September 24, 2026 to file its reply in support of the Motion to Dismiss;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE, subject to the Court's approval, that the deadline for Plaintiff's Response be extended until August 24, 2026, and the deadline for Defendant's Reply be extended until September 24, 2026. The hearing date on Defendant's Motion to Dismiss, which is currently noticed for October 15, 2026 at 9:00 AM, shall remain the same.

Dated: July 23, 2026

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Philip L. Fraietta</u>*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorney for Plaintiff*

Dated: July 23, 2026

**BRADLEY ARANT BOULT CUMMINGS LLP**

By: *_/s/ Erin J. Illman_*
Erin J. Illman

Erin J. Illman (State Bar No. 238262)
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Phone: (704) 338-6026
E-mail: eillman@bradley.com

*Attorney for Defendant*
CENTRAL RESEARCH, INC.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), counsel for Plaintiff Madison Melenudo attests that counsel for Defendant, whose electronic signature appears above, has concurred in the filing of this Joint Stipulation to Extend Briefing Deadlines for the Motion to Dismiss Hearing.

Dated: July 23, 2026

**BURSOR & FISHER, P.A.**

By: *_/s/ Philip L. Fraietta_*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON MELENUDO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL RESEARCH, INC.,<br><br>Defendant. | Case No. 5:26-cv-03340-BLF<br><br>**[PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS** |

After reviewing the Stipulation and Proposed Order to Extend Briefing Schedule, IT IS HEREBY ORDERED that Plaintiff Madison Melenudo has until August 24, 2026, to respond to Defendant's motion to dismiss and Defendant Central Research, Inc. has until September 24, 2026, to file its reply in support of its motion to dismiss. Defendant's motion to dismiss shall still be heard on October 15, 2026, at 9:00 a.m.

**IT IS SO ORDERED**

Dated: July _____, 2026

________________________________
Hon. Beth Labson Freeman
U.S. District Judge