**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON MELENUDO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL RESEARCH, INC.,<br><br>Defendant. | Case No. 5:26-cv-03340-BLF<br><br>~~[PROPOSED]~~ **ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS** |

After reviewing the Stipulation and Proposed Order to Extend Briefing Schedule, IT IS HEREBY ORDERED that Plaintiff Madison Melenudo has until August 24, 2026, to respond to Defendant's motion to dismiss and Defendant Central Research, Inc. has until September 24, 2026, to file its reply in support of its motion to dismiss. Defendant's motion to dismiss shall still be heard on October 15, 2026, at 9:00 a.m.

**IT IS SO ORDERED**

Dated: July 28, 2026

Hon. Beth Labson Freeman
U.S. District Judge