United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MADISON MELENUDO,
Plaintiff,

v.

CENTRAL RESEARCH, INC.,
Defendant.

Case No. 26-cv-03340-BLF

**ORDER ADMONISHING PLAINTIFF REGARDING COMPLIANCE WITH STANDING ORDERS**

[Re: ECF 20]

Plaintiff has submitted an opposition brief (ECF 20) that does not comply with this Court's Standing Order Re Civil Cases, which requires that "[a]ll written text, including footnotes and quotations, shall be no less than 12-point type and shall be double-spaced." Standing Order Re Civil Cases § IV.E.

The Court will accept Plaintiff's non-conforming filing on this occasion, but Plaintiff is ordered to review and comply with this Court's standing orders for all future filings.

IT IS SO ORDERED.

Dated: August 25, 2026

BETH LABSON FREEMAN
United States District Judge